1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
12   JOSE REYES,                    ) Case No. CV 11-4915 VBF (MRW)
13                  Petitioner,     )
14             vs.                  ) JUDGMENT
15   INMATE APPEALS BRANCH,         )
16                  Respondent.     )
17   _____  )
18        Pursuant to this Court's Order,
19        IT IS ADJUDGED that the  action is dismissed without prejudice.
20
21
22   DATE:  August 8, 2011          _____
23                                  HON. VALERIE BAKER FAIRBANK
                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28